STATE OF CONNECTICUT *v.* GEORGE S. HUGHES

STATE OF CONNECTICUT *v.* JULIA A. HUGHES

The petitions by the defendants for certification for appeal from the Appellate Division of the Circuit Court are denied.

*Robert M. McAnerney* and *Peter M. Ryan,* in support of the petitions.

*Benjamin F. Ferris,* assistant prosecuting attorney, in opposition.

Submitted April 8—decided April 27, 1965

GUILD EQUITIES, INC. *v.* EARLE HARRIS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Robert E. Connolley,* in support of the petition.

Submitted April 17—decided April 27, 1965

CAROL D. LARSEN *v.* ZONING COMMISSION OF THE CITY OF NORWALK ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*John F. Keogh, Jr.,* for the appellees (defendants).

*Robert A. Slavitt,* for the appellant (plaintiff).